# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re: PC Landing Corporation
Debtor

Case No.: 02-12086 (PJW)

Chapter 11

## SUMMARY OF SCHEDULES

Indicates to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, F, I, and J in the boxes provided. Add the amounts fro schedules A and B to determine the total amount of the debtor's assets. Add the amounts from schedules D, E and F to determine the total amount of the debtor's liabilities.

| | | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|---|
| NAME OF SCHEDULE | | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A | Real Property | Yes | 1 | 28,126,098.00 | | |
| B | Personal Property | Yes | 4 | 159,917,812.38* | | |
| C | Property Claimed As Exempt | No | 0 | | | |
| D | Creditors Holding Secured Claims | Yes | 7 | | 703,212,398.26 | |
| E | Creditors Holding Unsecured Priority Claims | Yes | 2 | | 300,000.00 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 145,643,464.36 | |
| G | Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H | Codebtors | Yes | 1 | | | |
| I | Current Income of Individual Debtor(s) | No | 0 | | | 0.00 |
| J | Current Expenditures of Individual Debtor(s) | No | 0 | | | 0.00 |
| | Total Number of sheets in All Schedules | | 20 | | | |
| | Total Assets | | | 188,043,910.38 | | |
| | Total Liabilities | | | | 849,155,862.62 | |

FORM B6
(12/95)

* See Note on Disclaimer to Schedule B

68761-001\DOCS_SF:23453.1

## General Disclaimer

The Debtor has prepared the Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statements") based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtor will amend and supplement the Schedules and Statements.

The Debtor's books and records are maintained on a consolidated basis with its affiliates. Accordingly, for the purpose of generating these Schedules and Statements on an individual basis, the Debtor has estimated certain items, including certain intercompany allocations.

## Schedule A Disclaimer

Unless otherwise noted, all of the amounts listed on Schedule A represent the value of the Debtor's assets as reflected in the Debtor's books and records (net of depreciation or amortization where applicable). The Debtor has performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in the Debtor's books and records.

In re PC Landing Corporation
Debtor

Case No. 02-12086
(If known)

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the Debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community.".

Do not include interests in interest in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OFDEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Harbour Pointe Cable Landing Station<br>11781 Harbour Reach Drive<br>Mulkiteo, WA 98275 | 100% Owned | | $ 14,063,049<br>(net book value) | None |
| Grover Beach Cable Landing Station<br>948 Huber Street<br>Grover Beach, CA 93433 | 100% Owned | | $ 14,063,049<br>(net book value) | None |
| | | Total | $28,126,098.00 | |

**Schedule B Disclaimer**

Unless otherwise noted, all of the amounts listed on Schedule B represent the value of the Debtor's assets as reflected in the Debtor's books and records (net of depreciation or amortization where applicable). The Debtor has performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in the Debtor's books and records.

In the fourth quarter of 2001, the affiliated Debtors recognized, collectively, an asset impairment charge of approximately $1.1 billion. This impairment charge has not yet been approved by the Debtor's auditors and has not been included on these Schedules.

In re PC Landing Corporation
Debtor

Case No. 02-12086
(If known)

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community.". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C – Property Claimed as Exempt.

Do not list interest in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property.

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01. Cash on hand. | X | | | |
| 02. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 03. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 04. Household goods and furnishing, including audio, video, and computer equipment. | X | | | |
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape compact disc, and other collections or collectibles. | X | | | |
| 06. Wearing apparel. | X | | | |
| 07. Furs and jewelry. | X | | | |
| 08. Firearms and sports, photographic, and other hobby equipment | X | | | |
| 09. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re PC Landing Corporation
Debtor

Case No. 02-12086
(If known)

## SCHEDULE B – PERSONAL
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | | See attached Exhibit | | $ 32,246,203.38 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | Submersible Fibre Optic Cable (net book value) | | $31,151,413 |
| | | Network Equipment (net book value) | | $96,520,196 |
| 28. Inventory. | X | | | |

In re PC Landing Corporation
Debtor

Case No. 02-12086
(If known)

# SCHEDULE B – PERSONAL
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crop-growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind no already listed. | X | | | |
| | | | TOTAL | $159,917,812.38 |

PC Landing Corporation
Case No. 02-12086

**Accounts Receivable**
**B-15**

| | Trade Partner | Total |
|---|---|---|
| **Accounts Receivable** | | |
| | 0122 - Global Crossing Development Co. | 300,114.00 |
| | 3210 - Pacific Crossing Ltd. | 30,904,516.02 |
| | 3222 - PCL Japan Ltd. | 408,440.50 |
| | 3504 - AGC Hong Kong Ltd. | 633,132.86 |
| **Accounts Receivable - Long-term** | | |
| | None | |
| | Total A/R as at July 19th, 2002 | **32,246,203.38** |

**Schedule D Disclaimer**

The Debtor has listed creditors as "Creditors Holding Secured Claims" for informational purposes only, and does not acknowledge or admit, by so classifying, the existence, validity or amount of the claim or of any security interest these creditors may claim to have against any or all of the Debtor's assets. The Debtor expressly retains all rights to challenge the existence, validity, perfection, collectability or amount of any alleged secured claim, and retains all other rights and powers to challenge said alleged secured claim, on any basis, including, without limitation, the right to equitable or contractual subordination of such claim.

The claims of the lenders listed on this Schedule D are partially secured, and each of these lenders also holds an unsecured deficiency claim. Nonetheless, these creditors are only listed once, on Schedule D, and are not also listed on Schedule F.

In re PC Landing Corporation Debtor

Case No.: 02-12086

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition. List creditors holding all types of secured interest such as judgment, liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, or both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of the three columns.)

Report total of all claims on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total on the Summary of Schedules.

☐ Check this box if debtor has not creditors holding unsecured nonpriority claims to report on this Schedule D.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ABN Amro Bank N.V.<br>P.O. 283<br>Amsterdam 1000 EA<br>Netherlands | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $16,130,164.46 | |
| Aegon - Pinehurst Trading, Inc.<br>MARIAHOEVEPLEIN 50, 2591 TV<br>The Hague P7<br>Netherlands | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $4,177,742.61 | |
| AAM - AAMC CDO II, Limited<br>1 East 4th Street, 3rd Flr<br>Cincinnati, OH 45202 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $4,621,888.12 | |
| AMMC CDO 1<br>1 East 4th Street, 3rd Flr<br>Cincinnati, OH 45202 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $2,928,341.28 | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Bank of Scotland<br>The Mound<br>Edinburgh EH1 1YZ<br>UK | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $19,180,460.00 | |
| Bayer LB GZ<br>560 Lexington Ave., 18th Flr.<br>New York, NY 10022 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $19,180,460.00 | |
| Bayerische Hypo<br>Vereinsbank AG<br>Am Tucherpark 16<br>Muncich 80538<br>Germany | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $40,718,309.29 | |
| Berliner Bank<br>Aktiengesellschaft<br>Bankgesellschaft Berlin AG<br>Hardenbergstraße 32<br>Berlin 10623<br>Germany | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $16,130,164.43 | |
| Bank Austria Creditanstalt Intl<br>VORDERE ZOLLAMMTSSTRASSE 13<br>Vienna A 1030<br>Austria | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $19,180,460.00 | |
| BMO Nesbitt<br>115 South LaSalle St.<br>Chicago, IL 60603 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $16,130,164.43 | |
| CIBC Inc.<br>161 Bay Street<br>Toronto M5J 2S8<br>Canada | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $47,440,480.27 | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Credit Renaissance Partners LLC<br>400 Madison Avenue<br>Suite 15D<br>New York, NY 10017 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $20,024,710.05 | |
| Deutche Bank AG<br>31 West 52nd Street<br>New York, NY 10019 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $71,730,903.58 | |
| Dresdner Bank AG<br>Jurgen-Ponto-Platz 1<br>Frankfurt 60329<br>Germany | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $4,621,888.42 | |
| Franklin Floating Rate Trust<br>One Franklin Parkway<br>San Mateo, CA 94403 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $ 23,025,711.63 | |
| Goldman Sachs Credit Partners L.P.<br>85 Broad Street<br>New York, NY 10004 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $5,644,578.73 | |
| Gramercy Financial Services LLC<br>545 Steamboat Road<br>1st Floor<br>Greenwich, CT 06830 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $49,962,085.51 | |
| Gulf International Bank B.S.C.<br>Al-Dowali Building, 3 Palace Avenue<br>P.O. Box 1017<br>Manama<br>Bahrain | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $12,294,072.42 | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| HBV Capital Management<br>200 Park Avenue, Ste 300<br>new York, NY 10166 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $4,042,988.63 | |
| IBM Credit<br>North Castle Dr, MS NCA-306, ROOM 3C2108<br>Armonk, NY 10504 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $11,497,190.40 | |
| IKB Deutsche<br>Wilhelm-Bötzkes-Straße 1<br>Düsseldorf 40474<br>Germany | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $11,731,737.68 | |
| JP Morgan Chase<br>One Chase Manhattan Plaza<br>New York, NY 10018 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $1,243,776.52 | |
| Landesbank Hessen-Thuringern Girozentrale<br>GROSSE BLEICHE 54 56, 06131 13 01<br>Mainz I9 55098<br>Germany | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $19,180,460.00 | |
| Landesbank Schleswig<br>GROSSE BLEICHE 54 56, 06131 13 01<br>Mainz I9 55098 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $7,672,184.00 | |
| Merrill Lynch BLIP<br>4 World Financial Center<br>New York, NY 10080 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $1,848,755.37 | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Merrill Lynch Debt Strategies Portfolio II<br>4 World Financial Center<br>New York, NY 10080 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $8,088,304.74 | |
| Merrill Lynch Income Strat Portfolio<br>4 World Financial Center<br>New York, NY 10080 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $10,168,153.86 | |
| Merrill Lynch Longhorn Fund<br>4 World Financial Center<br>New York, NY 10080 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $4,621,888.10 | |
| Merrill Lynch Sr. High Income<br>4 World Financial Center<br>New York, NY 10080 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $2,310,944.20 | |
| National City Bank<br>1900 EAST NINTH STREET, LOCATOR 2101<br>Cleveland, OH 44114 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $16,130,164.43 | |
| National Westminster<br>31 High Street, Haverhill, Suffolk CB9 8AG<br>UK | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $9,440,218.05 | |
| New York Life Insurance Company<br>51 Madison Ave.<br>New York, NY 10010 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $13,865,664.65 | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Oppenheimer Harbourview CDO II<br>498 Seventh Avenue<br>10th Floor<br>New York, NY 10018 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $2,440,284.39 | |
| Orix Finance Corp I<br>1717 Main Street, Ste 900<br>Dallas, TX 75201 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $6,932,832.16 | |
| PB Capital Corp.<br>590 MADISON AVENUE<br>New York, NY 10022 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $24,364,683.18 | |
| Societe Generale<br>1221 Avenue of the Americas<br>New York NY 10020 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $26,852,644.01 | |
| Solomon Brothers Holding<br>333 West 34th Street<br>8th Floor<br>New York, NY 10001 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $3,976,113.75 | |
| Southern Pacific Bank<br>P.O. Box 2737<br>Torrance, CA 90509-2737 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $19,180,460.00 | |
| Transamerica Life Insurance and Annuity Co.<br>600 Montgomery Street<br>San Francisco, CA 94111 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $18,487,552.44 | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Van Kampen Prime Rate Income<br>1 Parkview Plaza<br>P.O. Box 5555<br>Oakbrook Terrace, IL 60181 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $32,353,217.42 | |
| Van Kampen Senior Floating Rate Fund<br>1 Parkview Plaza<br>P.O. Box 5555<br>Oakbrook Terrace, IL 60181 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $4,156,262.88 | |
| Van Kampen Senior Income Trust<br>1 Parkview Plaza<br>P.O. Box 5555<br>Oakbrook Terrace, IL 60181 | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $22,650,688.16 | |
| Westdeutsche Landesbank Girozentrale<br>Herzogstraße 15<br>Düsseldorf 40217<br>Germany | | Guaranty of Amended and Restated Credit Agreement dated as of July 30, 1998 (partially secured) | | | | $26,852,644.01 | |
| **Totals** | | | | | | $703,212,398.26 | |

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule.. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fisherman**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, maintenance, or support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after date of adjustment.

In re: PC landing Corporation
Debtor

Case No. 02-12086

# SCHEDULE E – CREDITORS, HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries & Commissions
TYPE OF PRIORITY

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| US Government<br>Internal Revenue Service<br>844 King St.<br>Third Floor,<br>Room 3118<br>Wilmington DE 19801 | | | 2001 Income Tax | x | x | | $300,000.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total | | | | | | | $300,000.00 | |

Sheet No. 1 of 1
68761-001\DOCS_SF:23431.1

**Schedule F Disclaimer**

Schedule F does not include the unsecured portion of claims held by the Debtor's secured lenders. Such claims are listed on Schedule D.

In re: PC Landing Corporation
Debtor

Case No. 02-12086

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors do not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, or both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of the three columns.)

Report total of all claims on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total on the Summary of Schedules.

☐ Check this box if debtor has not creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | **DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM** | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Global Crossing Network Centre Ltd.<br>Wessex House, 1st Floor<br>45 Reid Street<br>Hamilton, HM12<br>Bermuda | | | Network Services | | | | $329,311.97 |
| Global Crossing Network Centre (UK) Ltd.<br>Centennium House<br>100 Lower Thames Street<br>London, EC3R 6DL<br>United Kingdom | | | Network Services | | | | **$ 11,683.16** |
| Global Marine<br>27 Duke Street<br>GB CM1 1HT<br>London | | | Wet maintenance services | | | | **$ 3,816,999.00** |
| Asia GC Development Co.<br>1209 Orange Street<br>Wilmington, DE, 19801 | | | Intercompany Claim | | | | **$146,610.11** |

In re PC Landing Corporation
Debtor

Case No. 02-12086

# SCHEDULE F – CREDITORS, HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Pacific Crossing Ltd.<br>Mintflower Place<br>2nd Floor<br>8 Par-la- Ville Road<br>HM08<br>Bermuda | | | Intercompany Claim | | | | **$132,410,126.27** |
| Tycom Us Inc<br>10 Park Avenue<br>Morristown, NJ, 7828 | | | Turn-key Construction Contract | | | X | $8,928,733.85 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | | | | | | | $145,643,464.36 |

## Schedule G Disclaimer

The information set forth herein was derived from the Debtor's books and records. The Debtor reserves the right to amend any of the items set forth herein if and when more updated information becomes available.

This Schedule "G" List of Executory Contracts is furnished for informational purposes only to apprise parties in interest of possible contractual relationships of the Debtor as of the commencement of this case and is derived from documents in the possession of the Debtor. This Schedule is not an admission or recognition that any contractual relationship exists or existed or that, if such a relation existed, said relationship presently exists. The Debtor does not waive any right to rescission or reformation or defense respecting any contract.

Similarly, this Schedule is not an admission or recognition that any contractual relationship constitutes an "Executory Contract". Some contracts listed in this Schedule may have been validly terminated or expired by their own terms prior to the commencement of this case, but have been listed notwithstanding any such possible termination or expiration in order to provide representation of the Debtor's affairs and in the event that one or more parties in interest may take the position that an executory contract existed as of the commencement of this case.

Similarly, this Schedule is not an admission or recognition that any contractual relationship constitutes a lease or an "Executory Contract" nor is the characterization of a contract as a "Lease" an admission that the contract is a true Lease and not a Security Agreement. In fact, Agreements entitled "Lease" may constitute Security Agreements.

Certain of the Debtor's executory contracts may be absent from this list due to the proprietary nature of the relationships concerned in such executory contracts.

In re. PC Landing Corporation
Debtor:

Case No.: 02-12086

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.**

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| ADT Security Services, Inc.<br>841 Powell Ave<br>Renton, WA 98055 | Security system |
| Bob's Maintenance Service<br>718 January Street<br>Nipomo, CA 93444 | General maintenance and cleaning |
| California Coastal Commission<br>45 Fremont, Suite 2000<br>San Francisco, CA 94105-2219 | Coastal development permit |
| California State Lands Commission<br>100 Howe Avenue, Suite 100-South<br>Sacramento, CA 95825-8202 | Seabed lease – company is lessee |
| California Department of Parks and Recreation<br>3220 South Higuera Street, STE<br>San Lois Obispo, CA 93401 | Land easement |
| City of Grover Beach<br>154 S. 8th Street<br>Grover Beach, CA 93483 | Franchise agreement |
| City of Grover Beach<br>154 S. 8th Street<br>Grover Beach, CA 93483 | Coastal development permit |
| City of Mukilteo<br>c/o City Administrator<br>4480 Chennault Beach Road<br>Mukilteo, WA 98275 | Franchise to install and operate fiber optic telecommunications system on public rights of way |

In re. PC Landing Corporation
Debtor:

Case No.: 02-12086

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| DDI Corporation<br>(now KDDI Corporation)<br>Ichibancho 8<br>Chiyoda-ku<br>Tokyo 102-8401<br>Japan<br><br>PCL Japan Ltd.<br>11150 Santa Monica Blvd., Suite 400<br>Los Angeles, CA 90025 | Backhaul capacity agreement |
| Deutsche Bank AG, New York Branch as Admin. Agent<br>31 West 52nd Street<br>New York, NY 10019-6160 | Securities accounts, disbursement, and control agreement (as amended) |
| Everett Landscape<br>5731 2nd Ave.<br>Everett, WA 98203 | Landscaping services |
| Morro Bay Commercial Fishermen Assoc.<br>P.O Box 513<br>Avila Beach, CA 93424 | Interim fishing agreement |
| O'Day Petroleum Company<br>9826 7th Ave SE<br>PO Box 25<br>Everett, WA 98206-0025 | Diesel fuel supply |
| Olympic Coast National Marine Sanctuary<br>U.S. Dept. of Commerce<br>138 W. 1st Street<br>Port Angeles, WA 98362-2600 | Special use permit |
| Pacific Crossing Ltd.<br>11150 Santa Monica Blvd., Suite 400<br>Los Angeles, CA 90025<br><br>PCL Japan Ltd.<br>11150 Santa Monica Blvd., Suite 400<br>Los Angeles, CA 90025 | Intercompany agreement<br><br><br><br>Intercompany agreement |
| Pacific Gas & Electric Co.<br>P.O. Box 8329<br>Stockton, CA 95208 | Advance payment agreement for electricity |

In re. PC Landing Corporation
Debtor:

Case No.: 02-12086

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Snohomish County PUD<br>2320 California Street<br>Everett, WA 98201 | Electricity |
| State of Washington Department of Natural Resources<br>919 North Township Street<br>Sedro-Woolley, WA 98284-9395 | Aquatic lands easement |
| Suquamish Tribe<br>P.O. Box 498<br>Suquamish, WA 98392 | Fishing agreement for Washington State waters |
| U.S. Army Corps of Engineers<br>(Los Angeles District)<br>Ventura Field Office<br>Ventura, CA 93001 | PC-1 S/E cables installation at Grover Beach, CA |
| U.S. Army Corps of Engineers<br>(Seattle District)<br>P.O. Box 3755<br>Seattle, Washington 98124-3755 | Installation of PC-1 N & E cables from Harbour Pointe, WA |
| Valley Electric Company of Mt. Vernon, Inc.<br>21919 20th Ave. S.E., Suite 200<br>Bothell, WA 98021 | Electrical systems maintenance |
| Washington Department of Fish and Wildlife<br>919 N. Township Street<br>Sedro Woolley, WA 98284-9395 | Hydraulic project approval |
| Washington Department of Natural Resources<br>Northwest Region<br>919 N. Township Street<br>Sedro Woolley, WA 98284-9395 | Aquatic lands (seabed) easement |

In re: PC Landing Corporation
Debtor

Case No.: 02-12086

# SCHEDULE H – CO-DEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Pacific Crossing, UK Ltd. | Secured Lenders listed on Schedule D |
| Pacific Crossing, Ltd. | Secured Lenders listed on Schedule D |
| PCL Japan Ltd. | Secured Lenders listed on Schedule D |

PC Landing Corp.
02-12086 (PJW)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDERPENALTY OF PERJURY ON BEHALF OF DEBTOR

I, the Chief Financial Officer of the corporation named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, and that, subject to the footnotes included therein, they are true and correct to the best of my knowledge, information and belief.

Date: August 26, 2002

Signature: ______________________
Bruce Comer