**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN THE MATTER OF:** | **Chapter 11** |
| **PC LANDINGS CORPORATION, *et al.*,** | **Case No. 02-12086 (PJW)** |
| **Debtors.** | |

---

## STATEMENT THAT UNSECURED CREDITORS' COMMITTEE HAS NOT BEEN APPOINTED

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( ) Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( ) No secured creditor response to the United States Trustee communication/contact for service on the committee.

(X) Insufficient response to the United States Trustee communication/contact for service on the committee.

( ) No unsecured creditor interest.

( ) Non-operating debtor-in-possession -- No creditor interest.

( ) Application to convert to Chapter 7 or to dismiss pending.

( ) Converted or dismissed.

( ) Other:

DONALD F. WALTON
Acting United States Trustee

/s/ David L. Buchbinder for
ROBERTA A. DeANGELIS
Assistant United States Trustee

DATED: August 9, 2002

Attorney assigned to case: David L. Buchbinder, Esq., Tel: 302-573-6491, Fax: 302-573-6497
cc: Attorney for Debtor: Laura Davis Jones, Esq., Tel: 302-652-4100, Fax: 302-651-4400